

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CECILIA M. SIMMONS | § | No. 08-13-00204-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | County Court at Law No. 6 |
| | § | |
| OUTREACH HEALTH COMMUNITY | | of El Paso County, Texas |
| CARE SERVICES, LP D/B/A | § | |
| OUTREACH HEALTH SERVICES, | | (TC# 2011-2789) |
| TEXAS EL PASO COMMUNITY | § | |
| CARE SERVICES, INC. AND | | |
| ARCADIAN HEALTH PLAN, INC., | § | |
| | | |
| Appellees. | § | |

## **MEMORANDUM OPINION**

Pending before the Court is Cecilia M. Simmons' motion to dismiss her appeal against

Texas El Paso Community Care Services, Inc. and Arcadian Health Plan, Inc. *See* TEX.R.APP.P.

42.1(a)(1). We grant the motion and dismiss the appeal against Appellees Texas El Paso

Community Care Services, Inc. and Arcadian Health Plan, Inc., with costs assessed against

Simmons. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs

against the appellant."). Simmons' appeal will remain pending against Appellee Outreach

Health Community Care Services, LP d/b/a Outreach Health Services and will be styled *Cecilia*

*M. Simmons v. Outreach Health Community Care Services, LP d/b/a Outreach Health Services*.


November 20, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.